**BOROWIEC, BOROWIEC & RUSSELL, P.C.**
Attorneys at Law
4226 Avenida Cochise, Suite 5
Sierra Vista, Arizona 85635
(520) 417-0221
By: Joel P. Borowiec, Esquire
State Bar No. 014129
courtdocs@borowiecrussell.com

**Attorneys for Defendant Gregory Forsberg**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY, A Tennessee Corporation<br>Plaintiff,<br><br>v.<br><br>BEVERLY FORSBERG; GREGORY FORSBERG<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:09-cv-01317-ROS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND FOR DISBURSAL OF THE DEPOSITED FUNDS**<br><br>Hon. Roslyn Silver |

COME NOW the Defendants, Beverly Forsberg and Gregory Forsberg, with Plaintiff, Protective Life Insurance Company having been dismissed from this action by deposit of the interpleader funds pursuant to Order of November 9, 2009, and hereby stipulate and agree as follows:

1.     That all interpled funds, in the amount of $106,175.54, currently being held by the Clerk of the United States District Court, District of Arizona, be paid to Defendant Beverly Forsberg and her attorney, James B. Panther; further, that the check for payment of said funds shall be mailed to the office of James B. Panther;

2.     That this matter be dismissed with prejudice, with Beverly Forsberg and Gregory Forsberg to each bear their own costs and attorney's fees.

DATED this 1st day of June, 2010.

**PANTHER LAW CENTER**                    **BOROWIEC, BOROWIEC & RUSSELL, P.C.**


By:    _S/J. Panther_                      By:    _S/Joel P. Borowiec_
       James B. Panther                            Joel P. Borowiec
       Attorney for Beverly Forsberg               Attorneys for Gregory Forsberg

1

2   I hereby certify that on June 1, 2010, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

3   Colleen Schiman, Esq.: cschiman@swlaw.com, docket@swlaw.com, loie@swlaw.com
    Robert Matthew Kort: rkort@swlaw.com, daker@swlaw.com, docket@swlaw.com
4   James B. Panther, Esq.: jpanther@pantherlaw.com, myassistant92008@gmail.com

5   s/ R. Southee, Legal Assistant

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28